# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>409 ACCOLADE DRIVE<br>CARY, NC 27513<br>(919) 469-2853<br>FAX (919) 469-5278<br>Frank_Laney@ca4.uscourts.gov | **EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |

June 24, 2015

Re: 15-1543, Clara Newsom v. Peter Kiewit and Sons, Inc.

## **NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

    This letter will confirm that the mediation conference has been rescheduled for Friday, July 17, 2015 at 2:00pm EASTERN time.

    Thank you for your assistance in this matter.

Sincerely,

Frank C. Laney
Circuit Mediator

Copies:  Raymond Charles Baldwin
Christine Mary Costantino
Joshua Harry Erlich