FILED: August 31, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1543

(1:14-cv-01362-LMB-IDD)

_____

CLARA A. NEWSOM

        Plaintiff - Appellant

v.

PETER KIEWIT AND SONS, INC.; KIEWIT INFRASTRUCTURE SOUTH CO.

        Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Opening brief and Joint Appendix due: 09/11/2015

Response brief due: 11/10/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk