FILED: September 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1543
(1:14-cv-01362-LMB-IDD)
_____

CLARA A. NEWSOM

    Plaintiff - Appellant

v.

PETER KIEWIT AND SONS, INC.; KIEWIT INFRASTRUCTURE SOUTH CO.

    Defendants - Appellees

_____

CORRECTED ORDER
_____

The court extends the briefing schedule as follows:

Appendix due: 10/02/2015

Opening brief due: 10/02/2015

Response brief due: 12/01/2015

Any reply brief: 14 days from service of response brief.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk